**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>Sherry Tso Begay,<br><br>　　　　Defendant. | 12-04273M-002-PCT-MEA<br><br>**ORDER** |

    The defendant appeared in court with counsel. The defendant's probable cause hearing and the detention hearing were submitted by defendant through defense counsel. The Court finds probable cause to believe the defendant violated the terms of her supervised probation as alleged in the petition.

    IT IS ORDERED that the defendant is detained as flight risk and danger, pending further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show she is not a flight risk or a danger.

    DATED this 22nd day of January, 2013.

_____
Mark E. Aspey
United States Magistrate Judge